FORM 8

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ENDURA PRODUCTS, INC.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　Defendant,<br><br>　　and<br><br>**COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>　　　　　　Defendant-Intervenor. | Before: Hon. Timothy C. Stanceu,<br>　　　　　Senior Judge<br><br>Court No. 19-00190 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: February 22, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. DeFrancesco, III*
　　　　　　　　　　　　　　　　　　　　Robert E. DeFrancesco, Esq.

　　　　　　　　　　　　　　　　　　　　**WILEY REIN LLP**
　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 719-7000

　　　　　　　　　　　　　　　　　　　　*Counsel for Endura Products, Inc.*

FORM 8

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:   /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Aimee Lee
        AIMEE LEE
        Assistant Director

Of Counsel:        /s/ Alexander Vanderweide
Tamari J. Lagvilava     ALEXANDER VANDERWEIDE
Office of Chief Counsel   Senior Trial Counsel
U.S. Customs and Border Protection   Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Room 346
        New York, New York 10278
        Tel. (212) 264-0482 or 9230

        *Attorneys for Defendant*

        */s/ Jeremy W. Dutra*
        Jeremy W. Dutra, Esq.

        **Squire Patton Boggs (US) LLP**
        2550 M Street, NW
        Washington, DC 20037
        Phone (202) 626-6237

        *Counsel for Columbia Aluminum Products, LLC*

FORM 8

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                                      Clerk, U.S. Court of International Trade

                                      By: _____
                                                Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)